UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DWIGHT RICH, KEITH MATYASOVSZKY, TERRANCE DURANT, JOSHUA SMITH, AND JASON HUNTER, Individually and On Behalf of All Others Similarly Situated,** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **ALL MY SONS MOVING & STORAGE OF CONNECTICUT, INC.,** : <br> : <br> Defendant. : | CIVIL NO. 3:16-CV-01284 <br><br><br><br><br><br><br><br><br><br><br><br> November 23, 2016 |

**PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i), the Plaintiffs dismiss this action without prejudice. The Defendant has not yet served either an Answer or a Motion for Summary Judgment.

Done at Stratford, Connecticut this 23rd day of November, 2016.

RESPECTFULLY SUBMITTED,

THE PLAINTIFFS
DWIGHT RICH, KEITH MATYASOVSZKY, TERRANCE DURANT, JOSHUA SMITH AND JASON HUNTER, Individually and On Behalf of All Others Similarly Situated

By: /s/ Gary Phelan
Gary Phelan, (ct03670)
Mitchell & Sheahan, P.C.
80 Ferry Blvd., Suite 216
Stratford, CT 06615
(203) 873-0240 phone
(203) 873-0235 fax

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail on all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

_____/s/_____

Gary Phelan, (ct03670)
Mitchell & Sheahan, P.C.
80 Ferry Blvd., Suite 216
Stratford, CT 06615
(203) 873-0240 phone
(203) 873-0235 fax
Their Attorney